**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **FRUTH, INC. individually and on behalf of all those similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**OPTUMRX, INC., EXPRESS SCRIPTS, INC., CAREMARK, L.L.C., AND CAREMARKPCS HEALTH, L.L.C.,**<br><br>**Defendants.** | **Civil Action No. 2:25-cv-00751-TEJ**<br>**Judge Thomas E. Johnston** |

**DECLARATION OF STEPHEN SMITH**

I, Stephen Smith, hereby declare and state as follows:

1. I am a Provider Contracting Senior Director at Express Scripts, Inc. ("Express Scripts").

**2.** I make this Declaration in support of Express Scripts' Motion to Sever and to Transfer Claims Against Express Scripts and Express Scripts' Motion to Dismiss Plaintiff's Class Action Complaint and, alternatively, to Strike Class Claims.

3. Attached as **Exhibit A** to this Declaration is a true and correct copy of certain excerpts from the Pharmacy Provider Agreement ("Provider Agreement") between Express Scripts and Fruth, Inc. ("Plaintiff"). The excerpts include:

- The definition of "Provider Manual," including how to access a copy (§ 1.7);

- The entire agreement provision (§ 7.3);

- The governing law provision (§ 7.8); and

- The dispute resolution provision (§ 7.12).

4.    The Provider Agreement was signed by Thomas M. Willoughby as Chief Financial Officer (CFO) of Fruth Pharmacy on April 10, 2014.

5.    Attached as **Exhibit B** to this Declaration is a true and accurate copy of an excerpt from the Express Scripts Provider Manual, as revised in December 2024, which contains a forum selection clause (Appendix A, at Dispute Resolution, ¶ 2).

I declare under penalty of perjury that the information contained in this declaration is true and accurate to the best of my knowledge.

Executed on this ____ day of February 2026.

_____
Stephen Smith

2

# EXHIBIT A

Version Date: 04/10/2014                                        Contract Number: NCM203991

Version Number: 1                                                                    1 of 20

**FOIA NOTICE:** This document contains Express Scripts, Inc. proprietary information and/or data. Recipient, by accepting this document, agrees that it will not duplicate, use, or disclose-in whole or in part-this document, or the information contained therein, or any part thereof to others for any other purpose except as specifically authorized in writing by Express Scripts, Inc. EXEMPT FROM PUBLIC DISCLOSURE: Information contained herein is confidential information of Express Scripts, Inc. and is exempt from public disclosure under 5 U.S.C. §552(b). Do not disclose outside of the recipient organization of the United States Government.

NO ALTERATIONS TO THIS DOCUMENT SHALL BE BINDING UNLESS INITIALED BY DULY AUTHORIZED REPRESENTATIVES OF PROVIDER AND ESI.

## EXPRESS SCRIPTS, INC. PHARMACY PROVIDER AGREEMENT

**THIS EXPRESS SCRIPTS, INC. PHARMACY PROVIDER AGREEMENT** (the "Agreement") is made and entered into as of this ___10___ day of ___April___, 20_14_, by and between Express Scripts, Inc., a Delaware corporation, on behalf of itself and Medco Health Solutions, Inc. (together, "ESI") and FRUTH PHARMACY, NCPDP # 5007732, a _Pharmacy_ organized under the laws of the state of _West Virginia_ (the "Provider"). As required by the New York State Department of Health, solely with respect to services rendered in the state of New York under this Agreement to any Member of any Prescription Drug Program offered by a Sponsor, as such capitalized terms are herein defined, which is certified as a managed care organization under Article 44 of the New York State Public Health Law, Diversified NY, IPA, Inc. ("IPA"), a corporation and wholly-owned subsidiary of Express Scripts, Inc. (together with IPA, "ESI"), shall be a party to this Agreement.

Version Date: 04/10/2014

Version Number: 1

Contract Number: NCM203991

2 of 20

1.7 **"Provider Manual"** shall mean the written handbook describing the practices, rules, operational requirements and policies and procedures established by ESI for Provider (and its Pharmacies) regarding their provision of Covered Medications to Members. It shall be the Provider's responsibility to check for any updates to the Provider Manual. The Provider Manual may be revised from time to time by ESI in its sole discretion. Provider's failure to comply with any of the provisions of the Provider Manual shall be considered a breach of this Agreement. ESI's Provider Manual may be obtained at: http://www.express-scripts.com/services/pharmacists/

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014

Version Number: 1

Contract Number: NCM203991

3 of 20

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014                                                    Contract Number: NCM203991

Version Number: 1                                                          4 of 20

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014                                                Contract Number: NCM203991

Version Number: 1                                                                      5 of 20

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014                                              Contract Number: NCM203991

Version Number: 1                                                                      6 of 20

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014

Version Number: 1

Contract Number: NCM203991

7 of 20

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014

Version Number: 1

Contract Number: NCM203991

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

███████████████████████████████████████████████████████████████

7.3   **Entire Agreement**. This Agreement, including its exhibits, appendices, Provider Certification, Provider Manual, and any requirements of a Sponsor's Prescription Drug Program communicated to Provider constitutes the entire agreement of the parties with respect to the subject matter herein and, upon execution by the parties, supersedes all prior oral or written agreements between the parties with respect to the subject matter hereof. With the exceptions of federal, state and/or Sponsor-specific requirements as set forth in the appendices of the Provider Manual, in the event of any conflict between the terms and conditions of this Agreement and the Provider Manual, the terms of this Agreement shall prevail. Notwithstanding the foregoing sentence, solely with respect to services rendered in the state of New York under this Agreement to any Member of any Prescription Drug Program offered by a Sponsor that is certified as a managed care organization under Article 44 of the New York State Public Health Law, in the event of any conflict between the terms and conditions of this Agreement and the Provider Manual, the terms of this Agreement shall prevail.

███████████████████████████████████████████████████████████████

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014                                                                 Contract Number: NCM203991

Version Number: 1                                                                                              10 of 20

7.8   **Governing Law**. This Agreement shall be construed and governed in all respects according to the internal laws in the State of Missouri, without regard to conflict of law principles. Notwithstanding the foregoing sentence, solely with respect to services rendered in the state of New York under this Agreement to any Member of any Prescription Drug Program offered by a Sponsor that is certified as a managed care organization under Article 44 of the New York State Public Health Law, this Agreement shall be construed and governed in all respects according to the internal laws in the State of New York, without regard to conflict of law principles.

7.12  **Dispute Resolution**. Except as provided herein, prior to either party taking any legal action in connection with this Agreement, both parties agree to meet in good faith to resolve any claim or controversy ("Claim"), whether under federal or state statutory or common law, brought by either ESI or the Provider against the other, or against the employee, members, agents or assigns of the other, arising from or relating in any way to the interpretation or performance of this Agreement. The aggrieved party shall notify the other party of its Claim providing sufficient detail to permit the other party to respond. The parties agree to meet and confer in good faith to resolve any Claims that may arise under this Agreement for a period of not less than thirty (30) days. In the event the parties cannot resolve any Claims pursuant to Good Faith Discussions and the minimum 30-day period has been met, then the aggrieved party may end discussions with the other party by providing written notice to the other party of its intent to cease discussions. Thereafter, the parties may proceed to litigation. Good Faith Discussion and the 30-day notice period do not apply to Claims by either party solely seeking immediate injunctive relief. All litigation between the parties arising out of or related in any way to the interpretation or performance of the Agreement shall be litigated in the U.S. District Court for the Eastern District of Missouri, or, as to those lawsuits to which the Federal Court lacks jurisdiction, before a court located in St. Louis County, Missouri. The parties agree that Claims shall not be consolidated or coordinated in any action with the Claim of any other individual or entity. No Claim or other dispute may be litigated on a coordinated, class, mass, or consolidated basis. No Claim may be brought as a private attorney general.

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014

Version Number: 1

Contract Number: NCM203991

11 of 20

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

**IN WITNESS WHEREOF**, the parties have executed and entered into this Agreement as of the date set forth below.

<u>**ACCEPTED**</u>:

**FRUTH PHARMACY**



Signature: _____

Printed Name: Thomas M. Willoughby

Title: CFO

Date: 04/10/2014

NCPDP Number: 5007732

**EXPRESS SCRIPTS, INC.**

Signature: _____

Wendy L. Barnes, Vice President

Provider Strategy and Contracting

Date: _____

**DIVERSIFIED IPA (NY), INC.**

Signature: _____

Wendy L. Barnes, Vice President

Provider Strategy and Contracting

Date: _____

Contract No.: NCM203991

N C M 2 0 3 9 9 1

**Please Return <u>Entire Document</u> to:**

**<u>NetworkCredentialing@express-scripts.com</u> or 800.899.1601 (Fax)**

**FOIA NOTICE:** This document contains Express Scripts, Inc. proprietary information and/or data. Recipient, by accepting this document, agrees that it will not duplicate, use, or disclose-in whole or in part-this document, or the information contained therein, or any part thereof to others for any other purpose except as specifically authorized in writing by Express Scripts, Inc. EXEMPT FROM PUBLIC DISCLOSURE: Information contained herein is confidential information of Express Scripts, Inc. and is exempt from public disclosure under 5 U.S.C. §552(b). Do not disclose outside of the recipient organization of the United States Government.

NO ALTERATIONS TO THIS DOCUMENT SHALL BE BINDING UNLESS INITIALED BY DULY AUTHORIZED REPRESENTATIVES OF PROVIDER AND ESI.

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014

Version Number: 1

Contract Number: NCM203991

13 of 20



Version Date: 04/10/2014

Version Number: 1

Contract Number: NCM203991

14 of 20

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014

Version Number: 1

Contract Number: NCM203991

15 of 20

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014
Version Number: 1

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).
PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014

Version Number: 1

Contract Number: NCM203991

17 of 20

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014                                                    Contract Number: NCM203991

Version Number: 1                                                          18 of 20

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014

Version Number: 1

Contract Number: NCM203991

19 of 20

THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

Version Date: 04/10/2014                                          Contract Number: NCM203991

Version Number: 1                                                            20 of 20



THIS DOCUMENT CONTAINS CONFIDENTIAL INFORMATION PROTECTED FROM PUBLIC DISCLOSURE UNDER 5 U.S.C. § 552 (b).

PLEASE READ THE FULL "FOIA NOTICE" ON THE SIGNATURE PAGE AND/OR THE FIRST PAGE OF THIS DOCUMENT.

# EXHIBIT B



 **EXPRESS SCRIPTS®**

# Network Provider Manual
## Guidelines, Policies and Procedures

# OPERATIONS

# FEDERAL REGULATORY

**Dispute Resolution**

Except as provided herein, prior to either party pursuing any litigation in connection with the Provider Agreement, both parties agree to meet in good faith to resolve any legal claim or controversy ("Claim"), other than a claim that arises from or relates to a fraud, waste, and abuse investigation of Provider pursuant to Section 5 of the Provider Manual ("FWA Investigation"), whether under federal or state statutory or common law, brought by either ESI or the Provider against the other, or against the employee, members, agents or assigns of the other, arising from or relating in any way to the interpretation or performance of the Provider Agreement.

1. **Informal Dispute Resolution**. The aggrieved party shall notify the other party of its Claim providing sufficient detail, including the applicable legal authority and basis for such Claim, to permit the other party to respond. The parties agree to meet and confer in good faith to resolve any Claims that may arise under the Provider Agreement for a period of not less than thirty (30) days. In the event the parties cannot resolve any Claims pursuant to Good Faith Discussions and the minimum 30-day period has been met, then the aggrieved party may end discussions with the other party by providing written notice to the other party of its intent to cease discussions. Thereafter, the parties may proceed to litigation. Good Faith Discussion and the 30-day notice period do not apply to Claims by either party solely seeking immediate injunctive relief. The prevailing party on any Claim(s) seeking injunctive relief relating to the term or termination of the Provider Agreement shall be entitled to its reasonable attorneys' fees and costs. Claims that arise from or relate to an FWA Investigation of Provider shall be resolved by the procedures set out in Section 5 of the Provider Manual.

2. **Litigation and Venue**. All litigation between the parties arising out of or related in any way to the interpretation or performance of the Provider Agreement shall be litigated in the U.S. District Court for the Eastern District of Missouri, or, as to those lawsuits to which the Federal Court lacks jurisdiction, before a court located in St. Louis County, Missouri. The parties agree that Claims shall not be consolidated or coordinated in any action with the Claim of any other individual or entity. Other than as expressly permitted by applicable law, no Claim or other dispute may be litigated on a coordinated, class, mass, or consolidated basis   No Claim may be brought as a private attorney general.



**END OF OPERATIONS/FEDERAL REGULATORY PROVIDER MANUAL**

This document contains Express Scripts proprietary information and/or data. Recipient, by accepting this document, agrees that it will not duplicate, use, or disclose-in whole or in part-this document, or the information contained therein, or any part thereof to others for any other purpose except as specifically authorized in writing by Express Scripts.  EXEMPT FROM PUBLIC DISCLOSURE:  Information contained herein is confidential information of Express Scripts and is exempt from public disclosure under 5 U.S.C. §552 (b).  Do not disclose outside of the recipient organization of the United States Government.

©2024 Express Scripts
Proprietary & Confidential Information.  All Rights Reserved.